1  Abraham J. Colman (SBN 146933)
2  Deborah E. Yim (SBN 217400)
   Kristine H. Chen (SBN 239925)
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA 90071

5  Telephone:  213.457.8000
   Facsimile:  213.457.8080
6  Email:      acolman@reedsmith.com
               dyim@reedsmith.com
7              kchen@reedsmith.com

8  Attorneys for Defendant
   Capital One Bank, erroneously sued as
   Capital One Mortgage

*E-FILED - 6/20/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL KELMAR,<br><br>             Plaintiff,<br><br>     vs.<br><br>CAPITAL ONE MORTGAGE,<br><br>             Defendant. | Case No. C 07 1803 RMW PVT<br><br>Honorable Ronald M. Whyte<br><br>[~~PROPOSED~~] ORDER<br><br>Date:  June 29, 2007<br>Time:  9:00 a.m.<br>Place: Courtroom 6 |

# [~~PROPOSED~~] ORDER

Pursuant to Defendant Capital One Bank, erroneously sued as Capital One Mortgage's ("Capital One") Request for Continuance of its Motion to Compel Arbitration or Stay Proceedings Pending Arbitration (the "Motion") and for good cause shown,

1. The June 29, 2007 hearing date on Capital One's Motion is hereby continued to July 13, 2007.

2. Capital One's reply brief is due according to this new hearing date pursuant to Northern District Local Rule 7-3(c).

IT IS SO ORDERED.

Dated: June 20, 2007

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

Case No. C 07 1803

-2-