REED SMITH LLP
A limited liability partnership formed in the State of Delaware

*E-FILED - 7/12/07*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

CHERYL KELMAR,

          Plaintiff,

v.

CAPITAL ONE MORTGAGE,

          Defendant.

Case No.: C 07-01803-RMW PVT

xxxxxxxxxxxxxxx **ORDER CONTINUING HEARING DATE OF DEFENDANT CAPITAL ONE BANK'S MOTION TO COMPEL ARBITRATION AND CASE MANAGEMENT CONFERENCE**

Date:    July 13, 2007
Time:    9:00 a.m.
Place:   Courtroom 6
           280 South First Street
           San Jose, California 95113

     The Court has reviewed and considered the Joint Stipulation to Continue Hearing Date of Defendant Capital One Bank's Motion to Compel Arbitration and Case Management Conference (the "Joint Stipulation) set for hearing on July 13, 2007, at 9:00 a.m. in the above-entitled court, and good cause, appearing therefore, the Court grants the Joint Stipulation.

     IT IS HEREBY ORDERED that:

     1.    The hearing on Defendant Capital One Bank's Motion to Compel Arbitration has been continued to August 10, 2007 at 9:00 a.m.; and

2.     The Case Management Conference has been continued to
August 10, 2007 at 10:30 xxx0 a.m.

Dated: 7/12/07

*Ronald M. Whyte*

The Honorable Ronald M. Whyte

DOCSLA-15597539.1