Abraham J. Colman (SBN 146933)
Kristine H. Chen (SBN 239925)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: acolman@reedsmith.com
kchen@reedsmith.com

Attorneys for Defendant
Capital One Bank, sued as Capital One Mortgage

*E-FILED - 8/9/07*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHERYL KELMAR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAPITAL ONE MORTGAGE,<br><br>　　　　Defendant. | Case No. C 07 1803 RMW PVT<br><br>Honorable Ronald M. Whyte<br><br>**STIPULATION OF SETTLEMENT *AND ORDER***<br><br>Date: June 29, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 6 |

Defendant Capital One Bank, sued as Capital One Mortgage, and Plaintiff Cheryl Kelmar, stipulate as follows:

1. The parties have completely resolved all of Plaintiff's claims as alleged in the above-entitled action;

2. The parties shall memorialize the settlement terms in writing;

3. Plaintiff shall dismiss the above-entitled action with prejudice in its entirety; and

4. The parties shall not proceed with the Motion to Compel Arbitration hearing on August 10, 2007 at 9:00 a.m. or any other date due to settlement in its entirety of the above-entitled action;

5. The parties shall not proceed with the Case Management Conference on August 10, 2007 at 10:30 a.m. or any other date due to settlement in its entirety of the above-entitled action.

IT IS SO STIPULATED.

DATED: August 6, 2007

By _____
Cheryl Kelmar
Plaintiff

DATED: August 6, 2007

REED SMITH LLP

By _____
Kristine H. Chen
Attorneys for Defendant
Capital One Bank, sued as Capital One Mortgage

Case No. C 07 1803                    -2-
STIPULATION OF SETTLEMENT

1  IT IS SO ORDERED.

2  Date: August 9, 2007

3
4  _____
   United States District Court Judge

*Ronald M. Whyte* (signature)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware