1  Abraham J. Colman (SBN 146933)
   Kristine H. Chen (SBN 239925)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071

4  Telephone: 213.457.8000
   Facsimile: 213.457.8080
5  Email:     acolman@reedsmith.com
              kchen@reedsmith.com
6
   Attorneys for Defendant
7  Capital One Bank, sued as Capital One
   Mortgage

*E-FILED - 9/13/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL KELMAR,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE MORTGAGE,<br><br>    Defendant. | Case No. C 07 1803 RMW PVT<br><br>Honorable Ronald M. Whyte<br><br>JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANT CAPITAL ONE BANK |

JOINT STIPULATION FOR DISMISSAL OF CAPITAL ONE

Plaintiff Cheryl Kelmar and Defendant Capital One Bank, sued as Capital One Mortgage ("Capital One"), have reached a settlement in the above-referenced matter, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal, with prejudice, of Capital One from this action. Each party agrees to bear its own costs and fees.

IT IS SO STIPULATED.

DATED: August 16, 2007

By _____
Cheryl Kelmar
Plaintiff

DATED: August 21, 2007

REED SMITH LLP

By _____
Kristine H. Chen
Attorneys for Defendant
Capital One Bank, sued as Capital One Mortgage

**[PROPOSED] ORDER**

Pursuant to the stipulation above, IT IS SO ORDERED.

Dated: 9/13/07

_____
Honorable Ronald M. Whyte

- 1 -

JOINT STIPULATION FOR DISMISSAL OF CAPITAL ONE